IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNE ALSTON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-1011 MMC<br><br>**ORDER OF REFERRAL** |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to Keller v. Electronic Arts Inc. et al., C 09-1967 CW.

    **IT IS SO ORDERED.**

Dated: March 14, 2014

MAXINE M. CHESNEY
United States District Judge