Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shawne Alston )
) Case No: 3:14-cv-1011
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
Nat'l Collegiate Athletic Ass'n et al. )
)
Defendant(s). )

I, Lawrence C. Moore, III, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Southeastern Conference in the above-entitled action. My local co-counsel in this case is Mark J. Seifert, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Robinson Bradshaw & Hinson | Allen Matkins Leck Gamble Mallory & Natsis |
| 101 N. Tryon St., Ste. 1900, Charlotte NC 28246 | 3 Embarcadero Ctr., San Francisco CA 94110 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 377-8303 | (415) 273-7433 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lmoore@rbh.com | mseifert@allenmatkins.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 21731.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/02/14                                                                                         Lawrence C. Moore, III
                                                                                                                        APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lawrence C. Moore, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/4/2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie S. Cameron Roeder, Clerk of the Supreme Court of North Carolina, do hereby certify that on 21 August 1983, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## LAWRENCE C. MOORE, III

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this 25th day of March 2014.

*Christie S Cameron Roeder*

Christie S. Cameron Roeder
Clerk of the Supreme Court
of the State of North Carolina

1  **Signature Attestation Pursuant to Civil L.R. 5-1(i)(3)**

2      The undersigned filer hereby attests that concurrence in the filing of the document to which

3  this attestation is attached has been obtained from each signatory whose conformed signature

4  appears thereon.

5

6  Dated: April 2, 2014                      ALLEN MATKINS LECK GAMBLE
                                                    MALLORY & NATSIS LLP

7

8                                     By: /s/ *Mark J. Seifert*
                                                   MARK J. SEIFERT

9                                                  Attorneys for Defendant
                                                   Southeastern Conference

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28