Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shawne Alston

              Plaintiff(s),

v.

National Collegiate Athletic Assoc, et a

              Defendant(s).

Case No: 14-cv-01011

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jonathan P. Heyl, an active member in good standing of the bar of US District Court for NC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Atlantic Coast Conference in the above-entitled action. My local co-counsel in this case is Charles L. Coleman III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 101 N. Tryon Street, Suite 1300<br>Charlotte, NC | 50 California Street, Suite 2800<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 384-2625 | (415) 743-6970 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jon.heyl@smithmoorelaw.com | charles.coleman@hklaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 25559.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/1/14

                                              Jonathan P. Heyl
                                              APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Jonathan P. Heyl is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/4/2014

                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER

AO 136 (NCMD Rev. 9/98)

# United States District Court

**MIDDLE DISTRICT OF NORTH CAROLINA**

**CERTIFICATE OF GOOD STANDING**

I, John S. Brubaker, Clerk of this Court, certify that

JONATHAN P. HEYL, Bar # 025559, was duly admitted to

practice in this Court on September 18, 1998 and is in good

standing as a member of the Bar of this Court.

Dated at Greensboro, North Carolina on March 31, 2014.

John S. Brubaker
———————————
Clerk

Deputy Clerk