Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Shawne Alston )
) Case No:  14-cv-01011
                    Plaintiff(s), )
) **APPLICATION FOR**
    v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
National Collegiate Athletic Assoc, et a ) (CIVIL LOCAL RULE 11-3)
)
                    Defendant(s). )

I, D. Erik Albright                      , an active member in good standing of the bar of
US District Court for NC          , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Atlantic Coast Conference              in the
above-entitled action. My local co-counsel in this case is Charles L. Coleman III          , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 300 N. Greene Street, Suite 1400, Greensboro, NC 27401 | 50 California Street, Suite 2800 San Francisco, CA 94111 |
| My Telephone # of Record: (336) 378-5368 | Local Co-Counsel's Telephone # of Record: (415) 743-6970 |
| My Email Address of Record: erik.albright@smithmoorelaw.com | Local Co-Counsel's Email Address of Record: charles.coleman@hklaw.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 17311          .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/1/14                          D. Erik Albright
                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of D. Erik Albright          is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 4/4/2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER

AO 136 (NCMD Rev. 9/98)

# United States District Court

## MIDDLE DISTRICT OF NORTH CAROLINA

### CERTIFICATE OF GOOD STANDING

I, John S. Brubaker, Clerk of this Court, certify that DAVID ERIK ALBRIGHT, Bar # 017311, was duly admitted to practice in this Court on January 16, 1991 and is in good standing as a member of the Bar of this Court.

Dated at Greensboro, North Carolina on March 31, 2014.

John S. Brubaker
_____
Clerk

Deputy Clerk