IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAX DELLENBACH,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-03159 CW<br><br>ORDER |
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br>_____/ | NO. MDL 14-2541 CW |
| SHAWNE ALSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-01011 CW |
| KENDALL GREGORY MCGHEE,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 14-01777 CW |
| NICHOLAS KINDLER,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC | No. C 14-02590 CW |

```
ASSOCIATION,
          Defendant.
_____/
ALEX LAURICELLA,                          No. C 14-02756 CW
          Plaintiff,
     v.
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,
          Defendant.
_____/
SHARRIF FLOYD,                            No. C 14-02757 CW
          Plaintiff,
     v.
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,
          Defendant.
_____/
MARTIN JENKINS,                           No. C 14-02758 CW
          Plaintiff,
     v.
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,
          Defendant.
_____/
```

Dax Dellenbach v. National Collegiate Athletic Association, et al., case no. C 14-3159 CW case has been related to In Re: National Collegiate Athletic Association Athletic Grant in Aid Cap Antitrust Litigation, mdl case no. 14-md-2541 CW. The schedule set at the case management conference on June 18, 2014, will apply to Dellenbach to the extent possible. Counsel for Dellenbach

2

shall confer with other Plaintiffs' counsel and by July 25 file any motion they wish to make on the issue of co-lead counsel.  Any response shall be due seven days thereafter and any reply four days after the response.  Defendants shall answer or move to dismiss the Dellenbach complaint within their motion to dismiss the other complaints.  Dellenbach's opposition and Defendants' reply will be filed and heard on the schedule already set.

Dated:   7/21/2014

CLAUDIA WILKEN
United States District Judge